Form 7A-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**   FORM 7A

| | |
|---|---|
| ILLUMINA CAMBRIDGE LIMITED<br><br>                              Plaintiff,<br>     v.<br><br>UNITED STATES,<br><br>                              Defendant. | Court No. 26-00080 |

**NOTICE OF DISMISSAL**

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: January 17, 2026

/s/ Michael E. Murphy
Signature of Plaintiff's Attorney

Michael E. Murphy
Attorney for Plaintiff

Sidley Austin LLP
Firm

1501 K St NW
Street Address

Washington, DC 20005
City, State and Zip Code

+1 202 736 8016
Telephone Number

ted.murphy@sidley.com
E-mail Address

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk

Form 7A-2

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
|  |  |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

                            Clerk, U. S. Court of International Trade

                            By: _____
                                        Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; and amended Aug. 2, 2010, eff. Sept. 1, 2010; Oct. 23, 2025, eff. Dec. 1, 2025.)